## IV

The Court must next decide whether an appeal of this action would be in good faith within the meaning of 28 U.S.C. § 1915 (a)(3). *See McGore v. Wrigglesworth,* 144 F.3d 601, 611 (6th Cir. 1997). For the same reasons that the Court grants defendant's motion for summary judgment, the Court discerns no good-faith basis for an appeal. Should plaintiff appeal this decision, the Court will assess the $255 appellate filing fee pursuant to § 1915(b)(1), *see McGore*, 114 F.3d at 610-611, unless plaintiff is barred from proceeding *in forma pauperis,* e.g., by the "three-strikes" rule of § 1915(g). If he is barred, he will be required to pay the $255 appellate filing fee in one lump sum.

A judgment order consistent with this opinion shall issue forthwith.


Dated: June 9, 2005                                  /s/   David W. McKeague
                                                     DAVID W. McKEAGUE
                                                     UNITED STATES DISTRICT JUDGE