UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PHILLIP SMITH,

    Plaintiff,

v.

RANDY MIKKELSON,

    Defendant.

_____/

Case No. 4:04-cv-57

HON. DAVID W. McKEAGUE

**JUDGMENT ORDER**

In accordance with the Court's written opinion of even date,

**IT IS HEREBY ORDERED** that defendant Randy Mikkelson's motion for summary judgment is **GRANTED**; and

**IT IS FURTHER ORDERED** that defendant is hereby **AWARDED SUMMARY JUDGMENT** on plaintiff Phillip Smith's claim under 42 U.S.C. § 1983 that he was deliberately indifferent to plaintiff's serious medical need; and

**IT IS FURTHER ORDERED** pursuant to 28 U.S.C. § 1915(a)(3) that the Court discerns no good faith basis for appeal of this ruling.

Dated: June 9, 2005

    /s/   David W. McKeague
    DAVID W. McKEAGUE
    UNITED STATES DISTRICT JUDGE