UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PHILLIP SMITH,

    Plaintiff,

v.                                                    Case No. 4:04-cv-57
                                                       HON. DAVID W. MCKEAGUE

RANDY MIKKELSON,

    Defendant.

_____/

## JUDGMENT TAXING COSTS

In accordance with the Opinion issued herewith,

IT IS HEREBY ORDERED that defendant's motion to tax costs (Docket #52) is GRANTED and judgment is entered in defendant's favor in the amount of $49.25.

IT IS FURTHER ORDERED that plaintiff shall immediately pay to the Michigan Attorney General's Office a partial payment of $8.19.  Thereafter, the Department of Corrections shall remit monthly payments from plaintiff's account until the costs are paid in full.


Dated:   August 31, 2005                    /s/ David W. McKeague
                                                 DAVID W. MCKEAGUE
                                                 UNITED STATES CIRCUIT JUDGE*


*Hon. David W. McKeague, United States Circuit Judge, Sixth Circuit Court of Appeals, sitting by designation.